UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BAUDILIO MORALES AVILA, JOSE L. REYES : Docket No.:
CABRERA and ADAN DEJESUS VELIZ, : 10-CV-2211 (LDW) (AKT)
on behalf of themselves and all others similarly situated, :
RONALDO CARRILLO PALENCIA, individually and : STIPULATION OF DIMISSAL
FREDY MANOLO CARILLO, individually, : WITH PREJUDICE
:
                              Plaintiffs, :
        - against – :
:
NORTHPORT CAR WASH, INC., :
d/b/a NORTHPORT CAR WASH, :
CHAMPION CAR WASHING, INC., :
d/b/a CHAMPION CAR WASH, :
NORTHPORT CAR CARE, LLC, :
d/b/a NORTHPORT CAR WASH, :
MIKE DUSOLD, an individual, and :
NATHAN KAUFMAN, an individual, :
:
                             Defendants. ::
------------------------------------------------------------------ X

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those specified in the Settlement Agreement).

      The Court retains jurisdiction over the Settlement Agreement resolving this action.

Dated: Melville, New York
       June 30, 2011

**Shulman Kessler LLP**           **Raymond Nardo, P.C.**
*Attorneys for Plaintiffs*           *Attorneys for Defendants*

By:_____       By:_____
  Troy Kessler, Esq. (TK-4793)         Raymond Nardo, Esq. (RN-4773)
  510 Broadhollow Road, Suite 110     129 Third Street
  Melville, New York 11747          Mineola, New York 11501
  (631) 499-9100                  (516) 248-2121

**So Ordered:**

_____
U.S.D.J.

Dated: Central Islip, NY
8/8/11